IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-748-KWR |
| | ) | |
| **SOLOMON PEÑA,** | ) | |
| **DEMETRIO TRUJILLO,** and | ) | |
| **JOSE LOUISE TRUJILLO**, | ) | |
| | ) | |
| Defendants. | ) | |

<u>MOTION TO UNSEAL CASE</u>

The United States of America moves this Court for an order unsealing this case for the following reasons:

1.     On May 24, 2023, a grand jury in this district returned an indictment against the above-named defendants.  Doc. 2.  Arrest warrants were issued for defendants Solomon Peña and Demetrio Trujillo.  Docs. 36, 37.

2.     At the time of the indictment, the United States filed a motion to seal the case to protect the investigation.  Doc. 34.

3.     On May 31, 2023, agents of the Federal Bureau of Investigation arrested Demetrio Trujillo on the warrant.

4.     Defendant Jose Louise Trujillo is in federal custody on case 23-MR-00021-JFR.

5.     There is an arrest warrant for defendant Solomon Peña.  He is in state custody on related charges.  The United States has lodged a federal detainer on Solomon Peña.  There is no need to keep the indictment sealed as to Solomon Peña.

6.      Therefore, there is no longer a law enforcement need to keep the case under seal.

WHEREFORE, the United States respectfully requests that this Court unseal the case as to all defendants.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

_____
JEREMY PEÑA
PATRICK E. CORDOVA
Assistant U.S. Attorneys
P. O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274


COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of
Justice

*/s/ Victor R. Salgado*
Victor R. Salgado
Senior Litigation Counsel