IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 23-CR-748-KWR ) |
| **SOLOMON PEÑA,** **DEMETRIO TRUJILLO,** and **JOSE LOUISE TRUJILLO**, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER UNSEALING CASE**

THIS MATTER having come before the Court upon the written motion of the United States, and the Court having reviewed said motion and being otherwise fully advised, finds:

1. On May 24, 2023, a grand jury in this district returned an indictment against the above-named defendants. Doc. 33. Arrest warrants were issued for defendants Solomon Peña and Demetrio Trujillo. Docs. 36, 37.

2. At the time of the indictment, the United States filed a motion to seal the case to protect the investigation. Doc. 34.

3. On May 31, 2023, agents of the Federal Bureau of Investigation arrested Demetrio Trujillo on the warrant.

4. Defendant Jose Louise Trujillo is in federal custody on case 23-mj-21-JFR.

5. There is an active arrest warrant for defendant Solomon Peña. He is in state custody on related charges. The United States has lodged a federal detainer on Solomon Peña. There is no need to keep the indictment sealed as to Solomon Peña.

6. Therefore, there is no longer a law enforcement need to keep the case under seal.

IT IS THEREFORE ORDERED that this case shall be and is unsealed.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE