IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CRIMINAL NO. 23-CR-748-KWR |
| **SOLOMON PEÑA,** **DEMETRIO TRUJILLO,** and **JOSE LOUISE TRUJILLO**, | ) ) ) ) ) |
| Defendants. | ) |

NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

The United States respectfully submits this pleading to notify the Court and counsel that Senior Litigation Counsel Victor R. Salgado of the Public Integrity Section of the Criminal Division of the United States Department of Justice hereby enters his appearance as counsel of record for the United States in the above-captioned case. The United States respectfully requests that all notices, pleadings, and correspondence be delivered to the attention of Mr. Salgado. Mr. Salgado's telephone number is (202) 353-4580 and his e-mail address is victor.salgado@usdoj.gov.

Dated: May 31, 2023

Respectfully submitted,

/s/ *Victor R. Salgado*
**Victor R. Salgado**
D.C. Bar No. 975013
Senior Litigation Counsel
Public Integrity Section
Criminal Division
U.S. Department of Justice

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which caused the foregoing to be served on all counsel of record.

Dated:  May 31, 2023

/s/ *Victor R. Salgado*
Victor R. Salgado
Public Integrity Section
Criminal Division
U.S. Department of Justice