# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEX ICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

## Initial Appearance

| | |
|---|---|
| Case Number: | 23-CR-748 KWR |
| | UNITED STATES vs. Pena, et al |
| Hearing Date: | 6/7/2023 |
| Time In and Out: | 10:44 a.m./10:50 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda |
| Courtroom: | Rio Grande |
| Defendant: | Solomon Pena |
| Defendant's Counsel: | Noah Gelb for this hearing only |
| AUSA: | Jeremy Pena |
| Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | N/A |
| Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant has retained counsel
- ☒ Government moves to detain
- ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing  on Friday, June 09, 2023  @ 9:30 a.m.

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds
- ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to       for Final Revocation Hearing
- ☐