IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CRIM. NO.: 23-748-KWR |
| **SOLOMON PEÑA** **DEMETRIO TRUJILLO,** and **JOSE LOUISE TRUJILLO**, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING UNITED STATES'**
**MOTION TO SEVER THE TRIAL OF DEMETRIO TRUJILLO**

THIS MATTER comes before the Court on the United States' Motion to Sever the Trial of Demetrio Trujillo, Doc. 113. The Court, having reviewed the motion and noting that it is unopposed by Defendant Demetrio Trujillo and Defendant Solomon Peña (*see* Docs. 113, 123), and being fully advised in the premises, finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the United States' Motion to Sever the Trial of Demetrio Trujillo, Doc. 113, is GRANTED and the trial of Defendant Demetrio Trujillo will be severed from the trial of Defendant Solomon Peña.

_____
**THE HONORABLE KEA W. RIGGS**
United States District Judge

Submitted by:

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

*/s/ Ryan R. Crosswell*
Ryan R. Crosswell
Trial Attorney
ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Patrick E. Cordova*
PATRICK E. CORDOVA
JEREMY PEÑA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1451


Approved by:

*/s/ via email on January 18, 2024*
Elizabeth A. Honce
Attorney for Solomon Peña

*/s/ via email on January 18, 2024*
Todd B. Hotchkiss
Attorney for Demetrio Trujillo




#

#

2

#