UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 23-748 KWR                     **DATE:** September 6, 2024

**TITLE:** *USA v. Solomon Pena*

**COURTROOM CLERK:** C. Bevel            **COURT REPORTER:** A. Lynch

**COURT IN SESSION:** 9:00AM-10:34AM    **TOTAL TIME:** 1 hr 34 minutes

**TYPE OF PROCEEDING:** *Daubert hearing, Objection to Def. Supplemental Expert Notice*; United States objection 243 to Defendant's witnesses 211; 240 Motion to Continue as to Solomon Pena.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Patrick Cordova, Jeremy Pena, Ryan Crosswell        Elizabeth Honce

**PROCEEDINGS:**

9:00am   Court in session, counsel enter appearances, defendant present in custody. Ms. Honce appears remotely. Court will address *Daubert* matter first, Objection to Witnesses second and the Motion to Continue Trial last.

9:05am   Ms. Honce calls witness James C. Fraser-Paige, witness sworn.

9:05am   Ms. Honce conducts direct examination of witness Fraser-Paige.

9:33am   AUSA Cordova conducts cross examination of witness Fraser-Paige.

9:47am   Ms. Honce conducts re-direct examination of witness Fraser-Paige.

9:56am   Court excuses witness Fraser-Paige, Court admits CV of witness James C. Fraser-Paige as exhibit for purposes of this hearing only.

9:58am   Ms. Honce makes arguments in support of witness Fraser-Paige as an expert.

10:00am  AUSA Cordova responds in opposition of witness Fraser-Paige offering expert

opinions.

10:03am   Ms. Honce responds, requests witness Fraser-Paige be recognized as an expert and allowed to testify regarding firearms.

10:05am   Court will take matter under advisement and issue a ruling shortly. Court next turns to objection to witnesses David and Erin Clements.

10:06am   Ms. Honce makes a proffer regarding proposed testimony of David and Erin Clements.

10:08am   Court inquires how David and Erin Clements' testimony will assist jury.

10:09am   Ms. Honce responds.

10:12am   AUSA Crosswell argues objection of defense witnesses David and Erin Clements.

10:16am   Court will not permit Ms. Honce to argue "legal and lawful" in front of the jury. Court clarifies proposed testimony of David and Erin Clements.

10:17am   Ms. Honce responds, indicates the Clements are attorneys and would abide by any court directives about testimony.

10:24am   AUSA Crosswell responds.

10:26am   Court will take matter under advisement. Court turns to motion to continue trial.

10:27am   Ms. Honce addresses pending motion to continue and request 1 week extension for trial to begin 1 week later.

10:29am   AUSA Pena responds, does not object to a 1-week continuance of trial.

10:31am   Court addresses counsel, deadline for trial schedule was missed. Court inquires that this trial will not take 2 weeks.

10:32am   AUSA Pena estimates trial will not be 2 full weeks but will be a week and a half.

10:33am   Ms. Honce estimates 3-4 days for trial.

10:33am   court will make a decision on the trial continuance by the end of the day. Court will

also enter an order as to when the Trial Schedule is due.

10:34am    AUSA Cordova addresses Court, clarifies that a form of verdict has been submitted and that defendant has no objection.

10:34am    Ms. Honce responds, no objection to proposed form of verdict.

10:34am    Court in recess.