# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Kea W. Riggs

**CASE NO.** CR 23-748 KWR          **DATE:** September 16, 2024

**TITLE:** *USA v. Solomon Pena*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:** A. Lynch

**COURT IN SESSION:** 9:01AM-10:03AM          **TOTAL TIME:** 1 hour 2 minutes

**TYPE OF PROCEEDING:** Voir Dire of Defense witnesses David and Erin Clements

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Patrick Cordova, Jeremy Pena, Ryan Crosswell          Elizabeth Honce

**PROCEEDINGS:**

9:01am     Court in session, counsel enter appearances, defendant present in custody. Court notes defense witnesses David Clements and Erin Clements are appearing remotely, with the Court's permission. Court swears in witnesses and asks Mr. Clements to leave the room.

9:02am     AUSA Crosswell conducts examination of witness Erin Clements.

9:27am     Court questions witness Erin Clements.

9:27am     Ms. Clements responds.

9:28am     Ms. Honce conducts examination of Erin Clements.

9:32am     AUSA Crosswell conducts redirect of Ms. Clements.

9:37am     Counsel have no further questions, court excuses Ms. Clements and asks that Mr. Clements enter the room.

9:37am     Court verifies Ms. Clements has left the room.

9:38am     AUSA Crosswell conducts examination of witness David Clements.

9:45am     Ms. Honce conducts examination of witness David Clements.

9:47am     Counsel have nothing further, court excuses David and Erin Clements.

9:47am     AUSA Crosswell addresses Court with arguments.

9:51am     Court addresses counsel.

9:52am     AUSA Crosswell responds.

9:54am     Ms. Honce responds, addresses Court argues in support of Ms. Clements testimony.

9:58am     AUSA Crosswell responds.

9:59am     Court addresses counsel. Court will take matter under advisement, will let counsel know if the court will continue to take the matter under advisement. Court requests counsel meet and confer and eliminate duplicate exhibits.

10:03am    AUSA Crosswell request transcript of today's hearing. Court reporter to get with counsel after hearing.

10:03am    Court in recess.