IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      Criminal No. 23-748 KWR

SOLOMON PENA,

    Defendant.

## DEFENDANT PENA'S SECOND AMENDED WITNESS LIST

DEFENDANT PENA hereby provides his witness list for his case-in-chief.

1. Steven Michael Quezada
2. Larry Marker
3. Erin Clements
4. David Clements
5. Pablo Martinez
6. Alicia Barela
7. Joanne Pacheco
8. James Fraser-Paige
9. Shannon Pacheco
10. Roberto J. Figueroa
11. Blas Baylon-Vega
12. Melanie Griego
13. Daniel Chavarria
14. Rigo Vega
15. Reydiesel Vega
16. Joe Russo

Defendant Pena reserves the right to call custodians of records as necessary, to call any witness named by the United States, and to amend his witness list before trail.

The United States should not rely on this list to ensure a witness's presence at trial. If the Defendant chooses not to call a witness in his case-in-chief, the defendant makes no representation or guarantee about that witness's availability to testify during the defense case.

Dated August 8th, 2024.

Respectfully submitted,

By:_____*/s/ Elizabeth A. Honce*_____
ELIZABETH A. HONCE, ESQ.
Attorney for Defendant Solomon Pena

HONCE LAW OFFICE LLC
7800 Phoenix NE, Suite C
Albuquerque, NM 87110
(505) 410-3861

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Assistant United States Attorney Jeremy Pena

Assistant United States Attorney Patrick Cordova

Ryan R. Crosswell, CRM, Trial Attorney

**COUNSEL FOR THE UNITED STATES**


__/s/__*Elizabeth A. Honce, Esq.*_____

Elizabeth A. Honce, Esq.