UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 23-748 KWR          **DATE:** March 5, 2025

**TITLE:** *USA v. Solomon Pena*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:** A. Lynch

**COURT IN SESSION:** 9:36AM-10:00AM          **TOTAL TIME:** 24 minutes

**TYPE OF PROCEEDING:** PRETRIAL CONFERENCE

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Patrick Cordova, Jeremy Pena, William Gullotta | Nicholas Hart, Carter Harrison |

**PROCEEDINGS:**

9:36am   Court in session, counsel enter appearances, defendant present in custody. Court notes trial begins Monday, March 10th. Court reviews trial process. Court notes two members of the venire panel have been excused based on change of address. Court makes inquiries about trial stipulations.

9:38am   AUSA Cordova responds, could be more stipulations regarding exhibits.

9:39am   Court has reviewed the trial schedule. Clarifies that defense has no new exhibits other than what was originally submitted by previous counsel.

9:40am   Mr. Hart indicates they will provide a JERs disk with exhibits next week.

9:41am   Court reviews process for voir dire and jury selection. Court notes overflow courtroom will be available (Bonito) for overflow and selection will be in Rio Grande.

9:43am   AUSA Pena requests an hour or voir dire.

9:43am   Mr. Hart request the same.

9:44am    Court will permit 1 hour for voir dire. Court requires counsel present at 8:30 and begins court at 9, ending at 5 or very close. Court cautions defendant about having trial shackles kept underneath the table which will have privacy skirting. Court in quires about opening arguments

9:48am    AUSA Cordova and Mr. Hart request 30 minutes.

9:48am    Court will permit 30 minute each for opening statements. Mr. Hart will invoke the rule regarding witnesses. Court will select 2 alternates for trial, counsel agree. Court addresses juror viewing firearms and/or ammunition and explains process. Court continues to take ruling on shot spotter MIL under advisement.

9:52am    Mr. Hart inquires about standing for court while defendant is in leg chains.

9:52am    AUSA Cordova addresses schedule for trial. United States will provide a new JERs disk and updated exhibits. Clarifies witness testimony with firearms.

9:55am    Mr. Hart opposes custody witness being in street clothes.

9:56am    Court will not permit custody witness to be in street clothes.

9:57am    Mr. Hart does not anticipate calling any witnesses at this time, could call defendant.

9:57am    Counsel have nothing further.

10:00am    Court in recess.