# CURRICULUM VITAE



### *Justin Swartz*
Federal Bureau of Investigation
Phoenix Division
21711 North 7th Street
Phoenix, Arizona
jtswartz@fbi.gov

## PROFESSIONAL EXPERIENCE

**Federal Bureau of Investigation**                                         **Phoenix, AZ**
<u>Special Agent</u>                                                      June 2017 – Present

- Currently assigned to the Phoenix Field Office Violent Crime and Major Offenders squad. Responsibilities include the investigation and apprehension of violent fugitives.

- Certified member of the FBI's Cellular Analysis Survey Team (CAST). Provide cellular record analysis and technological assistance to local, state, and federal law enforcement partners including mapping and analyzing of location records.

- FBI Certified Firearms Instructor. Assist with firearms training of FBI Special Agents as well as certified for rendering-safe firearms.

- Member of the Phoenix Field Office Tactical Operations Center. Responsible for assisting SWAT operations by providing technical, communications, and intelligence support.

**Department of Defense, United Stated Air Force**                               **Edwards AFB, CA**
<u>Electronics Engineer, DoD Civilian</u>                                    July 2010 to December 2016

- Electronics Engineer assigned to the 412th Test Wing, Air Force Test Center, Edwards Air Force Base, CA. Duties included planning, executing, analyzing, and reporting on flight tests of electronic warfare systems for F-16 and F-15 Fighter Aircraft.

- Responsible for becoming a subject matter expert in specific electronic warfare systems. Provided familiarization training to aircrew and engineers in operation of new electronic warfare equipment. Designed flight test missions used to collect engineering data, including measured RF signal data and time-space-position information.

- Conducted data analysis of Radar warning receivers, electronic countermeasure systems, and other electronic warfare equipment. Developed data analysis methods for brand new systems under test.

- Documented test results in technical reports, providing subject matter expert opinion on the functionality and performance of the system under test. Presented results to test wing executive management and program office officials.

- Recognized as the 412th Electronic Warfare Group "Engineer of the year" for 2013.

## EDUCATION

**Embry-Riddle Aeronautical University**                                        August 2006 to May 2010
Bachelors of Science in Electrical Engineering

**GOVERNMENT EXHIBIT 1**

**PROFESSIONAL TRAINING**

**FBI Cellular Analysis Survey Team**

- Cellular Analysis Survey Team (CAST) Certification Course (August – September 2022): FBI sponsored course including 40 hours of instruction from the Florida Institute of Technology on Radio Frequency (RF) Theory and cellular networks including GSM, CDMA, UMTS, LTE, and 5G protocols. Classroom and hands-on training on the use of the Gladiator Autonomous Receiver (GAR) for mobile drive testing. Instruction received directly from the cellular providers and their engineers for each of the four major cellular carriers, AT&T, T-Mobile, U.S. Cellular, and Verizon. Received legal training and instruction on expert witness testimony. (160 Hours)

- CAST Critical Incident Readiness Assessment (June 2022): FBI sponsored field training exercise course focused on cell phone technology and geolocation analysis related to critical incidents. The course utilized practical case scenarios requiring students to apply their understanding of cellular theory to the analysis of CDRs with cell site location information to identify, solve and create a report regarding the specific case. The course also involved combining the principles of cellular theory with the analysis of CDRs to locate cell phones in the field. (32 Hours)

- CAST Advanced Historical Cell Site Analysis Course (April 2022): FBI sponsored course providing advanced instruction on cellular theory and the analysis of historcal CDRs with cell site location informaton through various case studies. The course also included the creation of cellular analysis reports. (32 Hours)

- CAST Basic Historical Cell Site Analysis Course (August 2021): FBI sponsored course providing an introduction to cellular theory and the analysis of historical call detail records (CDRs) with cell site location information from major US-based cellular service providers (AT&T, Sprint, T-Mobile, Verizon). (24 Hours)

**Other Training**

- FBI New Agents Training (20 Weeks)                                              January - May 2017

**EXPERT TESTIMONY**

- State of AZ v. Martez Blankeny-Shepard (Maricopa County)      February 2023
- State of AZ v. Dajuan Davis Davis (Maricopa County)                July 2023
- United States v. Tre C. James (District of Arizona)                      September 2023
- United States v. John Matthew Chapman (District of Nevada)  April 2024
- United States v. Martinez et al. (District of Arizona)                    December 2024

**PROFESSIONAL INSTRUCTION**

- Instructor for CAST Basic Historical Cell Site Analysis Course – Phoenix, AZ      January 2024
- Instructor for CAST Basic Historical Cell Site Analysis Course – Tucson, AZ       November 2024
- Presenter for the Arizona Gang Investigators Association – Tempe, AZ              August 2024
- Instructor for CAST Basic Historical Cell Site Analysis Course – Phoenix, AZ      August 2024
- Instructor for CAST Basic Historical Cell Site Analysis Course – Phoenix, AZ      November 2023
- Instructor for CAST Basic Historical Cell Site Analysis Course – Chandler, AZ     August 2023
- Instructor for CAST Basic Historical Cell Site Analysis Course – Phoenix, AZ      April 2023
- Instructor for CAST Basic Historical Cell Site Analysis Course – Tucson, AZ       January 2023