UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIM. NO. 1:23-cr-00748-KWR |
| vs. | ) | |
| | ) | |
| **SOLOMON PEÑA**, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' THIRD AMENDED[1] EXHIBIT LIST

The United States respectfully notifies the Court and counsel of its Third Amended Exhibit List for trial of this matter.[2]

| | | CV/CR: 23-cr-00748 |
|---|---|---|
| Plaintiff's Attorneys:<br><br>Patrick E. Cordova<br>Jeremy Peña<br>Ryan Crosswell | Defendant's Attorneys:<br><br>Nicholas T. Hart<br>Carter B. Harrison IV | United States District Court<br><br>District of New Mexico |
| | | Trial Date(s): Starts 3/10/2025 |
| Presiding Judge: **Kea W. Riggs** | Court Reporter: | Courtroom Deputy: C. Bevel |

| USA No. | Witness | Date Off. | Obj. | Adm. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 001 | | | | | Stipulation on Felony Status |

---

[1] This list contains two additional exhibits (Exs. 165 and 166) that were not included on the list filed on February 3, 2025 (*see* Doc. 321). Copies will be provided to the Court and have been provided to Mr. Peña's counsel.

[2] Some exhibits are included for identification purposes only. Inclusion on this list is neither a representation regarding the exhibit's admissibility nor a pledge to move for or stipulate to the exhibit's admission. The United States respectfully requests to reserve the right to add certifications as necessary and to amend this list should additional exhibits be identified.

1

| 002 | | | | | Map of Albuquerque |
| --- | --- | --- | --- | --- | --- |
| 003 | | | | | Map of "Rootbeer" |
| 004 | | | | | Map of Victim 1's Address |
| 005 | | | | | Map of Victim 2's Address |
| 006 | | | | | Map of Victim 3's Address |
| 007 | | | | | Map of Victim 4's Address |
| 008 | | | | | Photo of Victim 1's House |
| 009 | | | | | Photo of Victim 2's House |
| 010 | | | | | Photo of Victim 3's House |
| 011 | | | | | Photo of Victim 4's House |
| 012 | | | | | 3 Recovered Casings from Victim 1's House |
| 013 | | | | | 2 Recovered Projectiles from Victim 1's House |
| 014 | | | | | 1 Recovered Casing from Victim 2's House |
| 015 | | | | | 1 Recovered Projectile from Victim 2's House |
| 016 | | | | | 3 Recovered Projectiles from Victim 3's House |
| 017 | | | | | 8 Recovered Casings from Victim 4's House |
| 018 | | | | | 1 Recovered Cartridge from Victim 4's House |
| 019 | | | | | 1 Recovered Projectile from Victim 4's House |
| 020 | | | | | Glock 17 With Auto-Sear and 2 magazines |
| 021 | | | | | ~110 9mm Cartridges |
| 022 | | | | | American Tactical model Omni Hybrid .300 Blackout |
| 023 | | | | | ~17 .300 Blackout Cartridges |
| 024 | | | | | Peña v. Garcia Election Results Dated 11/08/2022 |
| 025 | | | | | SP-Candidate 1 Texts (It is Rigged) Dated 11/8/2022 |
| 026 | | | | | SP-EC Texts (This is Rigged) Dated 11/8/2022 |
| 027 | | | | | Candidate 1 Election Results Dated 11/08/2022 |
| 028 | | | | | SP-Candidate 1 Texts (They Will Break) Dated 11/09/2022 |
| 029 | | | | | SP-EC Texts (Go Through Commissioners) Dated 11/09/2022 |
| 030 | | | | | SP-EC Texts (Next Commissioner Meeting) Dated 11/09/2022 |
| 031 | | | | | SP-EC Texts (Visit to Election Official 1's House) Dated 11/09/2022 |
| 032 | | | | | Letter to Election Official 1 (Signed) Dated 11/09/2022 |
| 033 | | | | | Visit to Election Official 1's House (From Peña Phone) Dated 11/09/2022 |
| 034 | | | | | Visit to Election Official 1's House (From Nest Camera) Dated 11/09/2022 |
| 035 | | | | | SP-EC Texts (Go Door-to-Door) Dated 11/10/2022 |

| | | | | | |
|---|---|---|---|---|---|
| 036 | | | | | SP-EC Texts (Visit to Victim 3's House) Dated 11/10/2022 |
| 037 | | | | | SP-EC Texts (Headed to Victim 1's House) Dated 11/10/2022 |
| 038 | | | | | SP-EC Texts (Visit to Victim 1's House) Dated 11/10/2022 |
| 039 | | | | | SP-Jose Texts (Come to Condo) Dated 11/10/2022 |
| 040 | | | | | Visit to Victim 3's Former Residence Dated 11/10/2022 |
| 041 | | | | | Visit to Victim 1's (From Peña's phone) Dated 11/10/2022 |
| 042 | | | | | SP-DM Texts (Stop Certification) Dated 11/11/2022 |
| 043 | | | | | SP- DM Texts (I've Met with Commissioners) Dated 11/11/2022 |
| 044 | | | | | SP-Candidate 1 Texts (War Room) Dated 11/11/2022 |
| 045 | | | | | Nissan Maxima Registration Dated 11/11/2022 |
| 046 | | | | | SP-Jose Texts (Victim 1's Address) Dated 11/12/2022 |
| 047 | | | | | Peña Phone – Victim 1's & Victim 3's Addresses Bookmarked Dated 11/12/2022 |
| 048 | | | | | SP-Candidate 1 Texts (Press the Attack) Dated 11/13/2022 |
| 049 | | | | | Directions to Victim 1's House (Jose Phone) Dated 11/13/2022 |
| 050 | | | | | Peña Tweet re Not Conceding Race Dated 11/15/2022 |
| 051 | | | | | SP-EC Texts (Potential Certification Disruptions) Dated 11/17/2022 |
| 052 | | | | | SP-Election Official 1's Texts (Delay Certification) Dated 11/18/2022 |
| 053 | | | | | Jose-Demetrio Texts (Victim 1's Address) Dated 11/19/2022 |
| 054 | | | | | SP-Jose Texts (Photo from Book) Dated 11/20/2022 |
| 055 | | | | | SP-Jose Texts (They Just Certified) Dated 11/21/2022 |
| 056 | | | | | SP-EC Texts (They Certified It) Dated 11/21/2022 |
| 057 | | | | | Bernalillo County Board of Canvass Agenda w/ Election Results Dated 11/21/2022 |
| 058 | | | | | Bernalillo County Board of Canvass Minutes Dated 11/21/2022 |

| | | | | | |
|---|---|---|---|---|---|
| 059 | | | | | SP-Coconspirator 3 Texts (Victim 1's Address) Dated 11/28/2022 |
| 060 | | | | | State Canvassing Board Certification Dated 11/29/2022 |
| 061 | | | | | SP-Negative E. Texts (Explaining the Oligarch Takeover) Dated 11/30/2022 |
| 062 | | | | | SP-Coconspirator 4 Texts (Got My Guy) Dated 12/02/2022 |
| 063 | | | | | SP-Candidate 1 Texts (Rigged Election) Dated 12/03/2022 |
| 064 | | | | | SP-Candidate 1 Texts (We Have to Act) Dated 12/04/2022 |
| 065 | | | | | SP-Coconspirator 3 Texts (Rootbeer) Dated 12/04/2022 |
| 066 | | | | | SP-Coconspirator 4 Texts (Chopped Liver) Dated 12/04/2022 |
| 067 | | | | | Victim 1 911 Call Dated 12/04/2022 |
| 068 | | | | | Photos of Damage to Victim 1's Residence Dated 12/04/2022 |
| 069 | | | | | R. R.'s 911 Call re Victim 1's Shooting Dated 12/04/2022 |
| 070 | | | | | ShotSpotter (Victim 1 Shooting) Dated 12/04/2022 |
| 70a | | | | | ShotSpotter (Victim 1 Shooting) Dated 12/04/2022 Audio |
| 071 | | | | | Peña Phone – Victim 2's Address Bookmarked Dated 12/06/2022 |
| 072 | | | | | SP-Coconspirator 3 Texts (Ultimate Collapse) Dated 12/07/2022 |
| 073 | | | | | SP-Coconspirator 3 Texts (Ski Mask) Dated 12/07/2022 |
| 074 | | | | | SP-Demetrio Texts (Victim 2's Address) Dated 12/08/2022 |
| 075 | | | | | SP-Demetrio Texts (Rootbeer) Dated 12/08/2022 |
| 076 | | | | | SP-Demetrio Texts (Victim 3's Address) Dated 12/08/2022 |
| 077 | | | | | J. P. 911 Call re Victim 2 Shooting Dated 12/08/2022 |
| 078 | | | | | Coconspirator 1 Phone Location Dated 12/08/2022 |
| 079 | | | | | Video of Victim 2 Shooting Dated 12/08/2022 |
| 080 | | | | | SP-RM Texts (Package) Dated 12/10/2022 |
| 081 | | | | | SP-RM Texts (Package Still There) Dated 12/11/2022 |
| 082 | | | | | SP-Negative E. Texts (Surveilling State Reps) Dated 12/11/2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 083 | | | | | | Peña Calorie Counter Dated 12/11/2022 |
| 084 | | | | | | ShotSpotter (Victim 3 Shooting) Dated 12/11/2022 |
| 084a | | | | | | ShotSpotter (Victim 3 Shooting) Dated 12/11/2022 Audio from 120468 Sensor 3126 (243 m) |
| 084b | | | | | | ShotSpotter (Victim 3 Shooting) Dated 12/11/2022 Audio from 120469 Sensor 3125 (556 m) |
| 084c | | | | | | ShotSpotter (Victim 3 Shooting) Dated 12/11/2022 Audio from 120470 Sensor 3126 (300 m) |
| 085 | | | | | | SP-Jose Texts (We Have Work to Do) Dated 12/12/2022 |
| 086 | | | | | | Photos of Damage to Victim 3's House Dated 12/16/2022 |
| 087 | | | | | | SP-Demetrio Texts (In Red Truck) Dated 12/22/2022 |
| 088 | | | | | | SP-Pablo M. Texts (Burning Stuff) Dated 12/23/2022 |
| 089 | | | | | | SP-Jose Texts (Going out to Study) Dated 12/24/2022 |
| 090 | | | | | | SP-Jose Texts (Arrested Because Car) Dated 12/30/2022 |
| 091 | | | | | | SP-Negative E. Texts (One of Our Soldiers) Dated 12/31/2022 |
| 092 | | | | | | SP-Jose Texts (Photo of Guns) Dated 12/31/2022 |
| 093 | | | | | | SP-Jose Texts (Collecting Intel) Dated 12/31/2022 |
| 094 | | | | | | SP-Jose Texts (In Car Together) Dated 01/01/2023 |
| 095 | | | | | | SP-Jose Texts (Keep Car for Night) Dated 01/01/2023 |
| 096 | | | | | | SP-Jose Texts (Declaration of Independence) Dated 01/02/2023 |
| 097 | | | | | | SP-Jose Texts (Keep Car Another Night) Dated 01/02/2023 |
| 098 | | | | | | SP-Jose Texts (Rootbeer) Dated 01/02/2023 |
| 099 | | | | | | Peña Phone - Search for Victim 4 Dated 01/02/2023 |
| 100 | | | | | | SP-AB Texts (I Had to Meet One of My Konnectas) Dated 01/03/2023 |
| 101 | | | | | | SP- AB Texts (Car Was Impounded) Dated 01/03/2023 |
| 102 | | | | | | SP- Demetrio Texts (Please Phone Me) Dated 01/03/2023 |

| | | | | | |
|---|---|---|---|---|---|
| 103 | | | | | Body Cam of Casing Collection Dated 01/03/2023 |
| 104 | | | | | Victim 4 911 Call Dated 01/03/2023 |
| 105 | | | | | Peña Phone - Search for MDC Innmates Dated 01/03/2023 |
| 106 | | | | | Peña Phone - Search for Trafficking Statute Dated 01/03/2023 |
| 107 | | | | | Photos of Victim 4's House with Bullet Holes Dated 01/03/2023 |
| 108 | | | | | ShotSpotter (Victim 4 Shooting) Dated 01/03/2023 |
| 108a | | | | | ShotSpotter (Victim 4 Shooting) Dated 01/03/2023 Audio from Sensor 5103 (218 m) |
| 109 | | | | | Video of Truck 2 Dated 01/03/2023 |
| 110 | | | | | Video of Truck Dated 01/03/2023 |
| 111 | | | | | SP-Demetrio Texts (Just Got My Car) Dated 01/05/2023 |
| 112 | | | | | SP-Demetrio Texts (Can You Put 200 Up Front for the Next) Dated 01/05/2023 |
| 113 | | | | | Interview of Witness 2 |
| 114 | | | | | Peña Phone - Search for News Dated 01/06/2023 |
| 115 | | | | | Peña Phone - Search for Miguel Garcia Address Dated 01/07/2023 |
| 116 | | | | | Peña Phone - Search for NM Discovery Statute Dated 01/07/2023 |
| 117 | | | | | SP-Coconspirator 3 Texts (Jose Needs a Lawyer) Dated 01/09/2023 |
| 118 | | | | | Transcript of Interview 1 of Witness 1 |
| 119 | | | | | Coconspirator 1-Demetrio Texts (Set My Son Up) Dated 01/17/2023 |
| 120 | | | | | Transcript of Interview 2 of Witness 1 |
| 121 | | | | | Transcript of Interview 3 of Witness 1 |
| 122 | | | | | Stuart Report Dated 02/14/2023 |
| 123 | | | | | Individual 1 Indictment |
| 124 | | | | | Moores Article Dated 06/14/2023 |
| 125 | | | | | Transcript of Interview of Individual 1 |
| 126 | | | | | Individual 2 Plea Agreement |
| 127 | | | | | Stuart CV Dated 11/09/2023 |
| 128 | | | | | Witness 2 Kastigar |
| 129 | | | | | Witness 2 Addendum |
| 130 | | | | | Witness 2 Plea Agreement |
| 131 | | | | | Macmanus CV Dated 01/12/2024 |
| 132 | | | | | Peña Jail Call (Oligarchs Committing Genocide) Dated 01/15/2024 |
| 133 | | | | | CAST Report Dated 09/03/2024 |

| | | | | | |
|---|---|---|---|---|---|
| 134 | | | | | Peña Jail Msg. (Present Day Oligarchs) Dated 01/20/2024 |
| 135 | | | | | Peña Jail Msg. (Cold Civil War) Dated 01/24/2024 |
| 136 | | | | | Witness 1 Plea Agreement |
| 137 | | | | | Peña Jail Msg. (Only See What Oligarchs Want) Dated 02/03/2024 |
| 138 | | | | | Peña Jail Msg. (Election Will Be Rigged) Dated 02/08/2024 |
| 139 | | | | | Peña Jail Msg. (Rigged Elections) Dated 02/08/2024 |
| 140 | | | | | Peña Jail Msg. (NFL is Oligarch Stuff) Dated 02/11/2024 |
| 141 | | | | | Machine Gun Test Fire Dated 02/12/2024 |
| 142 | | | | | Peña Jail Msg. (Democrat Machine Might Kick Me Off Ballot) Dated 02/13/2024 |
| 143 | | | | | Acee CV Dated 02/26/2024 |
| 144 | | | | | Witness 1 Addendum |
| 145 | | | | | Individual 2 Kastigar |
| 146 | | | | | Photos of Glock w/ Switch |
| 147 | | | | | Photos of AR Rifle chambered in .300 Blackout |
| 148 | | | | | Election Officials Document |
| 149 | | | | | Phone number Key (Demonstrative) |
| 150 | | | | | Summary of Peña's housing |
| 151 | | | | | Timeline Exhibit (Demonstrative) |
| 152 | | | | | Photographs of Casings Examined by Jay Stuart |
| 153 | | | | | Photographs of Firearms Examined by Jay Stuart |
| 154 | | | | | Video of Glock Tested by Jay Stuart |
| 155 | | | | | ShotSpotter (Victim 2 Shooting) Dated 12/08/2022 |
| 155a | | | | | ShotSpotter (Victim 2 Shooting) Dated 12/08/2022 Audio from Sensor 3078 |
| 156 | | | | | Photos of Nissan Maxima |
| 157 | | | | | SP- Demetrio Texts (ASAP) Dated 12/11/2022 |
| 158 | | | | | Individual 1 Plea Addendum |
| 159 | | | | | Individual 1 Plea Agreement |
| 160 | | | | | Individual 2 Plea Addendum |
| 161 | | | | | SP Letter to Victim 1 Dated 11/10/2022 |
| 162 | | | | | Jay Stuart Demonstrative |
| 163 | | | | | Swartz CV |
| 164 | | | | | Jesus Maestas Body Cam Video (BN: USDOJ-00001284) (Portion to be admitted: ~09:36 - ~11:49) |
| 165 | | | | | SP contact 1628 |
| 166 | | | | | J. Swartz CAST Report |

Respectfully submitted,

/s/ *Patrick E. Cordova*
PATRICK E. CORDOVA
JEREMY PEÑA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, N.M. 87103
(505) 224-1413

WILLIAM GULLOTTA
Trial Attorney
Public Integrity Section
U.S. Dept. of Justice, Criminal Division

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I filed the foregoing document electronically through the CM/ECF system, which caused the forgoing to be served on all counsel of record.

/s/ *Patrick E. Cordova*
Patrick E. Cordova
Assistant United States Attorney